UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TARO PHARMACEUTICAL INDUSTRIES, LTD. AND TARO PHARMACEUTICALS U.S.A., INC.,

        Plaintiffs,

- against -

SUN PHARMACEUTICAL INDUSTRIES, LTD., ALKALOIDA CHEMICAL COMPANY EXCLUSIVE GROUP, LTD., ADITYA ACQUISITION COMPANY, LTD., AND CARACO PHARMACEUTICALS LABORATORIES, LTD.,

        Defendants.

09 Civ. 8262 (PGG)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09

---

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a telephone conference in the above-captioned action at 11 a.m. on November 12, 2009. The parties are directed to initiate the call and then call Chambers at 212-805-0224.

        It is further ORDERED that Defendants' deadline to move, answer, or otherwise respond to Plaintiffs' complaint is hereby extended to November 24, 2009.

Dated:    New York, New York
            November 6, 2009

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge